**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Adrian NUNEZ–NEVAREZ,
Defendant—Appellant.**

No. 06–56567.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 16, 2008.*

Filed Oct. 27, 2008.

Tracy L. Wilkison, Esq., USLA—Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Adrian Nunez–Nevarez, Adelanto, CA, pro se.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, RYMER, and THOMAS, Circuit Judges.

MEMORANDUM **

Adrian Nunez–Nevarez, a federal prisoner, appeals pro se from the district court's denial of his motion to correct his sentence pursuant to 28 U.S.C. § 2255. We have jurisdiction pursuant to 28 U.S.C. § 2253. We review de novo, *see Tablada v. Thomas,* 533 F.3d 800, 805 (9th Cir. 2008), and we affirm.

In district court, Nunez–Nevarez challenged the calculation of his concurrent sentences by the Bureau of Prisons ("BOP"). However, as Nunez–Nevarez concedes in his opening brief, this claim fails. *See* 18 U.S.C. § 3585.

Nunez–Nevarez also contends for the first time on appeal that his sentence is unreasonable. We conclude that Nunez–Nevarez has waived this contention by failing to raise it in his § 2255 motion in district court. *See Smith v. Marsh,* 194 F.3d 1045, 1052 (9th Cir.1999); *Sanchez v. United States,* 50 F.3d 1448, 1456 (9th Cir.1995).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).